IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

DUANE SEALS,

    Plaintiff,

v.                                                                                              No. 1:21-cv-01170-STA-jay

HUMBOLDT NURSING AND
REHABILITATION CENTER ET AL,

    Defendant.

_____

### REPORT AND RECOMMENDATION
_____

    Plaintiff Duane Seals, proceeding pro se, brought this action to compel arbitration pursuant to subsection 4 of the Federal Arbitration Act. 9 U.S.C. § 4. Defendants Humboldt Nursing Home, Inc. d/b/a Humboldt Nursing and Rehabilitation Center and Harber-Laman, LLC, consent to arbitration. *See* Docket Entry "D.E." 9. The parties have notified the Court that they have agreed upon Judge George Brown to act as the Arbitrator in this matter; the parties intend to arbitrate in April 2023. D.E. 15. Accordingly, the undersigned **RECOMMENDS** that this matter be administratively closed and that the parties be Ordered to submit a joint status report within thirty (30) days of their receipt of the Arbitrator's final decision.

    Respectfully submitted this the 27th day of September, 2022.

                                                    <u>**s/Jon A. York**</u>
                                                United States Magistrate Judge

**IF DESIRED, AN APPEAL OF THIS REPORT AND RECOMMENDATION TO THE PRESIDING DISTRICT COURT JUDGE MUST BE FILED WITHIN FOURTEEN (14) DAYS OF THE SERVICE OF A COPY OF THIS REPORT AND RECOMMENDATION. *SEE* 28 U.S.C. § 636(b)(1)(C); LOCAL RULE 72(g)(2). FAILURE TO OBJECT WITHIN FOURTEEN (14) DAYS MAY CONSTITUTE A WAIVER OF OBJECTIONS, EXCEPTIONS, AND ANY FURTHER APPEAL.**