IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

| | |
|---|---|
| DUANE SEALS, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )     No. 1:21-cv-01170-STA-jay |
| | ) |
| HUMBOLDT NURSING AND | ) |
| REHABILITATION CENTER et al., | ) |
| | ) |
|     Defendants. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE
AND ADMINISTRATIVELY CLOSING CASE**

Before the Court is the United States Magistrate Judge's Report and Recommendation that, in light of the parties having consented to arbitration and agreed upon Judge George Brown to act as the Arbitrator in this matter, this case be administratively closed pending the result of arbitration. Neither party objects to the Magistrate Judge's Report. Having reviewed the Magistrate Judge's Report and Recommendation *de novo* and the entire record of the proceedings, the Court hereby **ADOPTS** the Report and Recommendation in its entirety. The Clerk of the Court is **DIRECTED** to close the case for statistical purposes. Nothing in this Order shall be considered a dismissal or disposition of this action. The parties are **DIRECTED** to submit a joint status report within thirty days of their receipt of the Arbitrator's final decision.

    IT IS SO ORDERED.

                                              s/ S. Thomas Anderson
                                              S. THOMAS ANDERSON
                                              CHIEF UNITED STATES DISTRICT JUDGE
                                              Date: October 12, 2022